UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ERIC S. RAY                                                                                                    PETITIONER

v.                                         No. 5:21-CV-05008

MARK GENTRY, Warden, Davis
Correctional Facility, and LESLIE
RUTLEDGE, Attorney General for
the State of Arkansas                                                                                    RESPONDENTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.  No certificate of appealability shall issue.

IT IS SO ADJUDGED this 27th day of April, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE