UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ERIC RAY                                                                                                   PETITIONER

v.                                             No. 5:21-CV-05008

LESLIE RUTLEDGE and
WARDEN GENTRY                                                                                 RESPONDENTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.  No certificate of appealability shall issue.

IT IS SO ADJUDGED this 4th day of May, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE